KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/25/06*

ORDER TO EXCLUDE TIME
CR 06-00278 RMW

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | No. CR 06-00278 RMW |
| 2 | Plaintiff, ) | |
| 3 | v. ) | ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) |
| 4 | PAULINO ROMAN-GUTIERREZ, ) | & 3161(h)(8)(B)(iv)) |
| 5 | Defendant. ) | |
| 6 | _____ ) | |

On May 22, 2006, the parties appeared before the Court for a status appearance. At that appearance, Assistant Federal Public Defender Lara Vinnard informed the Court that she needed time to review discovery and conduct an investigation into the case. Therefore, the parties jointly requested that the case be continued to June 26, 2006. In addition, the parties requested an exclusion of time under the Speedy Trial Act from May 22, 2006 until June 26, 2006. The defendant, through Assistant Federal Public Defender Lara Vinnard, agreed to the exclusion. In addition, the parties stipulated and agreed that an exclusion under Speedy Trial Act was appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED.                    KEVIN V. RYAN
                                  United States Attorney

DATED:_____              _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney


DATED:_____              _____/s/_____
                                  LARA S. VINNARD
                                  Assistant Federal Public Defender


Accordingly, the Court HEREBY ORDERS that the time between May 22, 2006 and June 26, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.

1  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

2  IT IS SO ORDERED.

4  _5/25/06_____     /s/ Ronald M. Whyte
   Dated                     RONALD M. WHYTE
5                            United States District Judge

ORDER TO EXCLUDE TIME
CR 06-00278 RMW                              3