1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ROMAN-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 7/12/06*

| UNITED STATES OF AMERICA, | ) | No. CR 06-0278 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING DATE AND EXCLUDE TIME; [] ORDER** |
| v. | ) | |
| PAULINO ROMAN-GUTIERREZ, | ) | |
| Defendant. | ) | |

15  Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing date in this matter should be moved from June 26, 2006, to July 24, 2006, at 9:00 a.m., or as soon thereafter as the hearing may be set.  The defense requests the continuance because the government has requested additional information from the defense that may result in settlement of this matter, and the defense requires time to investigate.

The parties further agree that time should be excluded under the Speedy Trial Act in light of the need for defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 6/23/06                                                   _____/s/_____
                                                                 LARA S. VINNARD
                                                                 Assistant Federal Public Defender

Dated: 6/23/06                                                   _____/s/_____
                                                                 SUSAN KNIGHT
                                                                 Assistant United States Attorney

STIPULATION TO CONTINUE HEARING
DATE AND EXCLUDE TIME
No. CR 06-0278 RMW                                1

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0278 RMW |
| ) | |
| Plaintiff, ) | **[] ORDER CONTINUING** |
| ) | **HEARING AND EXCLUDING TIME** |
| v. ) | |
| ) | |
| PAULINO ROMAN-GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have stipulated to continue the hearing date in this matter on grounds that the defense requires additional time for preparation and investigation. The parties request that the hearing be continued from June 26, 2006, to July 24, 2006, at 9:00 a.m.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date in this matter is continued to July 24, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 26, 2006, to July 24, 2006, be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Dated:  7/12/06               /s/ Ronald M. Whyte_____
                              RONALD M. WHYTE
                              United States District Judge