BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ROMAN-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/3/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0278 RMW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE AND EXCLUDE TIME; [] ORDER** |
| v. | |
| PAULINO ROMAN-GUTIERREZ, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing date in this matter should be moved from July 24, 2006, to August 28, 2006, at 9:00 a.m., or as soon thereafter as the hearing may be set.  The  (jg) defense requests the continuance because the defense is continuing to conduct investigation that may result in settlement of the case.

The parties further agree that time should be excluded under the Speedy Trial Act in light of the need for defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 7/21/06                                       _____/s/_____
                                                     LARA S. VINNARD
                                                     Assistant Federal Public Defender

Dated: 7/21/06                                       _____/s/_____
                                                     SUSAN KNIGHT
                                                     Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0278 RMW |
| Plaintiff, | ) ) | **[] ORDER** |
| v. | ) ) | **CONTINUING HEARING DATE AND EXCLUDING TIME** |
| PAULINO ROMAN-GUTIERREZ, | ) ) | |
| Defendant. | ) ) | |

The parties have stipulated to continue the hearing date in this matter on grounds that the defense requires additional time for preparation and investigation. The parties request that the hearing be continued from July 24, 2006, to August 28, 2006, at 9:00 a.m.     (jg)

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date in this matter is continued to August 28, 2006, at 9:00 a.m.     (jg)

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 24, 2006, to August 28, 2006, be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.     (jg)

IT IS SO ORDERED.

Dated: 8/3/06

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge